## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FLAMBEAU, INC., | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Case No. 3:14-cv-569 |
| PRIMOS, INC., | § § | |
| Defendant. | § § § | |

## ORDER DISMISSING ACTION WITH PREJUDICE

Before this Court is the parties' Joint Motion to Dismiss with Prejudice. Having

considered the motion, and being duly advised on the premises, the Court HEREBY ORDERS

AS FOLLOWS:

1.   The motion to dismiss is GRANTED.

2.   This action is DISMISSED WITH PREJUDICE.

3.   Each party shall bear its own costs and attorneys' fees.

4.   The Clerk is directed to close the Court's file administratively.

Dated this ___2nd___ day of ___October___, 2017.

BY THE COURT:

William M. Conley
United States District Judge